IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GUY A. REAM, UEP/FLDS,<br><br>Plaintiffs,<br><br>vs.<br><br>DENISE LINDBERG, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:09-cv-856 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

Plaintiff Guy Ream, apparently on his own behalf and as a purported representative of "UEP/FLDS," filed this 42 U.S.C. § 1985 action *in forma pauperis*. This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B).

After being referred the case, Judge Wells considered the sufficiency of Mr. Ream's complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii). On November 10, 2009, Judge Wells issued a Report and Recommendation recommending that the complaint be dismissed under one or both of those subsections, either for failure to state a claim or because the defendants are immune from suit. Mr. Ream filed a timely objection to the Report and Recommendation.

After reviewing the file *de novo*, the court concludes that the Report and Recommendation is correct in every material respect and that Mr. Ream's objection has no merit. Accordingly, the court hereby APPROVES AND ADOPTS the Report and Recommendation

**CONCLUSION AND ORDER**

For the reasons set forth above, the complaint is DISMISSED.

SO ORDERED this 9th day of December, 2009.

                              BY THE COURT:

                              _____
                              Clark Waddoups
                              United States District Judge